In the Matter of the Judicial Settlement of the Account of Proceedings of MANUFACTURERS TRUST COMPANY, as Sole Surviving Substituted Trustee of CHARLES FISHEL, Deceased, and the Application for a Construction of the Will of Said Deceased. LUDLOW S. FOWLER, JOSEPH L. FRIEDER, as Administrators C. T. A. of MARK FISHEL, Deceased, LUDLOW S. FOWLER, as Administrator

C. T. A. of ROSE FISHEL, Deceased, ALMA FISHEL and HANNAH FELDSTEIN, Appellants; MANUFACTURERS TRUST COMPANY, as Sole Surviving Substituted Trustee, etc., Respondent; and CONSTANCE ACKERLAND and Others, Respondents.— Decree so far as appealed from unanimously affirmed, with costs to the respondents Constance Ackerland and others payable out of the fund. No opinion. Present — Martin, P. J., O'Malley, Glennon, Dore and Callahan, JJ. [167 Misc. 145.]